Darryl ARNOLD, Petitioner–Appellee,

v.

SECRETARY, DEPARTMENT OF CORRECTIONS, Florida Attorney General, Respondents–Appellants.

No. 09–11911.

United States Court of Appeals, Eleventh Circuit.

Feb. 8, 2010.

Charles R. McCoy, Tallahassee, FL, for Respondents–Appellants.

Thomas Edward Bishop, Stuart F. Williams, Tanner Bishop, Jacksonville, FL, for Arnold.

Before BARKETT, PRYOR and FAY, Circuit Judges.

PER CURIAM:

The government appeals the district court's grant of habeas corpus to Darryl Arnold. We adopt the thorough and well-reasoned opinion of the district court in *Arnold v. McNeil*, 622 F.Supp.2d 1294 (M.D.Fla.2009).

AFFIRMED.